UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO 6:16-cr-00100 |
| | * | 16 U.S.C. § 3372(a)(2)(A) |
| VERSUS | * | 16 U.S.C. § 3373(d)(1) |
| | * | JUDGE MINALDI |
| MISHO'S QUALITY OYSTERS, L.L.C | * | MAGISTRATE JUDGE WHITEHURST |

## BILL OF INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### LACEY ACT
### CLASS E FELONY
### [16 U.S.C. §§ 3372(a)(2)(A) and 3373(d)(1)]

BACKGROUND

A.   At all times relevant to this Bill of Information:

   1.   MISHO'S QUALITY OYSTERS, L.L.C., (hereinafter "MISHO'S") was a Louisiana corporation headquartered in Gretna, Louisiana. MISHO'S was engaged in the business of commercial fishing, including trawling for oysters, in addition to purchasing and selling seafood, including oysters, to retail purchasers both inside and outside the state of Louisiana.

2. Michael Ivic was the manager/owner of MISHO'S. In this capacity, Ivic directed the day-to-day operations of the business, negotiated the purchase and sale of oysters, determined the prices for oysters acquired, bought and sold by MISHO'S, resolved disputes with purchasers and suppliers, supervised MISHO'S employees, including the skippers and crews of a small fleet of fishing vessels that were wholly owned and operated by MISHO'S.

3. The Lacey Act makes it unlawful for a person to transport, sell, receive, acquire, or purchase in interstate commerce any fish or wildlife taken, possessed, transported, or sold in violation of any law or regulation of any state, or attempt to do so. 16 U.S.C. § 3372(a)(2).

4. The Lacey Act and its implementing regulations defined "Fish or Wildlife" to include, without limitation any "mollusk," which it further defines to include oysters and any part thereof. 16 U.S.C. § 3371(a); 50 C.F.R. 10.12.

5. The Louisiana Legislature enacted laws and regulations to ensure the safety and quality of seafood purchased and sold for human consumption and to insure the proper management of the fishery resources of the state pertaining to the commercial harvesting, possession, transportation, and sale of fish, defined to include oysters and other seafood, taken from Louisiana waters.

## THE OFFENSE CONDUCT

On or about July 25, 2012, in the Western District of Louisiana, the defendant, MISHO'S QUALITY OYSTERS, L.L.C., a commercial seafood dealer licensed under the laws of the state of Louisiana, knowingly transported, sold, attempted to transport and sell, and caused to be transported and sold, wildlife in interstate commerce, namely, 403 sacks of oysters, having a market value of approximately $12,090, knowing that the oysters had been possessed, taken, transported, sold, and with the intent that the oysters be sold, in violation of and in a manner unlawful under the laws and regulations of the state of Louisiana, specifically:

| Statute | Description |
|---|---|
| La. R.S. 56:449, 40:4.A.(1), 40:5.3, La. Admin. C., Part IX, §§ 323, 325 | *Tagging Law and Regulation* – Requires oyster fishermen to place tags on sacks or any other types of containers used to hold oysters taken from the waters of the state of Louisiana for sale and requires that the tags contain certain specific information, including, but not limited to: the harvester's identification number assigned by the Louisiana Department of Wildlife & Fisheries; the date of harvesting of the oyster; precise information concerning the harvest site for the oyster; and the type and quantity of shellfish.<br><br>*Color-Coded Tagging Requirements* – Requires that oysters intended for consumption raw on the half shell be labeled with a white tag and that oysters intended to be consumed fully cooked be labeled with a green tag. *See Louisiana Oyster Commercial Rules and Regulations*, as promulgated by Louisiana Department of Fish and Wildlife, http://www.wlf.louisiana.gov/ |

| | |
|---|---|
| | fishing/commerical-oyster-tags-and-labeling |
| La. R.S. 40:4.A.(1), 40:5.3, La. Admin. C., Part IX, §§ 327, 329, and 331 | *Refrigeration Law and Regulations* – Oysters shall be placed under mechanical refrigeration at an air temperature not to exceed 45°F within the time period prescribed by the statutory scheme. Depending on the time of year, temperature of the water from which an oyster is taken, and whether an oyster is intended to be consumed raw or cooked, different rules apply to how such oysters are to be tagged and refrigerated. If an oyster intended for raw consumption is taken from Louisiana waters from May to October, it must be refrigerated within one hour. |

all in violation of Title 16, United States Code, Sections 3372(a)(2)(A) and 3373(d)(1). [16 U.S.C. §§ 3372(a)(2)(A), 3373(d)(1)].

STEPHANIE A. FINLEY
United States Attorney

By: DOMINIC ROSSETTI
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: 337-262-6618